The Disciplinary Review Board having filed a certification of Board Counsel (DRB 16-252) pursuant to
 
 Rule
 
 1:20-17(e)(1) reporting that
 
 Sean R. Sexton
 
 of
 
 Jersey City,
 
 who was admitted to the bar of this State in 2004, has failed to pay the administrative costs assessed in connection with disciplinary proceedings that resulted in the imposition of discipline by Order filed December 8, 2017, and good cause appearing;
 

 It is ORDERED that
 
 Sean R. Sexton
 
 be temporarily suspended from the practice of law pending payment in full of the assessed administrative costs and accrued interest as determined by the Disciplinary
 Review Board, effective July 17, 2019, and until further Order of the Court; provided, however, that this Order shall be vacated automatically if, the prior to the effective date of the suspension, the Disciplinary Review Board reports that payment in full has been made or that a satisfactory installment payment plan is in place and current; and it is further
 ORDERED that if the respondent seeks to be heard on this matter, he shall file with the Clerk of the Court within ten days after the filed date of this Order a written request for the issuance of an Order to Show Cause; and it further
 

 ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further
 

 ORDERED that
 
 Sean R. Sexton
 
 be restrained and enjoined from practicing law during the period of suspension and that respondent comply with
 
 Rule
 
 1:20-20 governing suspended attorneys.